UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:

| | |
|---|---|
| GORDON EMRYS MARSHALL et al. | Bankruptcy Case No. 11-02702 |
| Debtors, / | Adversary Proceeding No. 11-80337 |
| GORDON EMRYS MARSHALL, | |
| Plaintiff, | Case No. 1:12-cv-155 |
| v. | Hon. Janet T. Neff |
| HSBC BANK NEVADA, | |
| Defendant. / | |

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed February 21, 2012 by the United States Bankruptcy Judge in this action regarding Debtor's Motion for Entry of a Default Judgment. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1-1) is APPROVED and ADOPTED as the opinion of the court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Gordon Emrys Marshall and against Defendant HSBC Bank Nevada in the amount of $990.56 pursuant to 11 U.S.C. § 522(h) and (i). *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated:  March 14, 2012                         /s/Janet T. Neff
                                                                        JANET T. NEFF
                                                                        UNITED STATES DISTRICT JUDGE